IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:06-cr-00022-MP-AK

LASONIA MARIE BURKETT,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 44, Motion to Continue Sentencing by Lasonia

Marie Burkett.  The motion, which is unopposed, is granted.  Sentencing is hereby reset for

Friday, February 2, 2007, at 10:30 a.m.


     **DONE AND ORDERED** this *29th* day of November, 2006


        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge