IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:06-cr-00022-MP-AK

LASONIA MARIE BURKETT,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 56, Motion to Continue sentencing, filed by Ms. Burkett. A telephone conference was held on February 1, 2007. As stated during the hearing, the motion is granted, and sentencing is reset for Tuesday, February 20, 2007, at 2:00 p.m.

**DONE AND ORDERED** this  *1st*  day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge